UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:05-CR-148 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| FRANKLIN L. KELLOGG | ) | |

**O R D E R**

Defendant Franklin Kellogg ("Defendant") has filed numerous *pro se* motions: Motion for Dismissal of Attorney (Court File No. 10) with memorandum in support (Court File No. 17), Motion for Evidentiary Hearing (Court File No. 11), and Motions to Suppress Evidence (Court File Nos. 12 & 14) with supporting memorandum (Court File No.13). The Court understands new counsel has been provided to Defendant (Court File No. 19). Defendant is currently represented in this case by attorney Clayton Whittaker. Any motions on behalf of Defendant must be filed by and through his attorney. The Court will not consider *pro se* motions where defendant has an attorney. Therefore, all pro se motions are **DENIED** (Court File Nos. 10, 12, & 14). The Court **ORDERS** Defendant not to file any additional *pro se* motions while he is represented by counsel. Counsel for Defendant will be free to refile any motions if counsel deems it appropriate.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**