UNITED STATES DISTRICT COURT
EASTER DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:05-cr-148 |
| v. ) | |
| ) | Judge Edgar |
| FRANKLIN L. KELLOGG ) | |

## ORDER

Defendant Franklin Lamar Kellogg moves to suppress any and all statements made by him during and after his arrest. [Doc. No. 30]. The motion was referred to Magistrate Judge Susan K. Lee for her report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Crim. P. 59(b). Magistrate Judge Lee held an evidentiary hearing and has submitted a report and recommendation. [Doc. No. 40]. Defendant has filed objections. [Doc. No. 41].

After reviewing the record *de novo*, the Court concludes that the defendant's objections are without merit and are **DENIED**. The Court **ACCEPTS** and **ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B) and Fed. R. Crim. P. 59(b). The defendant's motion to suppress evidence [Doc. No. 30] is **DENIED**.

SO ORDERED.

ENTER this the 31st day October, 2006.

                                                             */s/ R. Allan Edgar*
                                              R. ALLAN EDGAR
                                  UNITED STATES DISTRICT JUDGE